**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 20-7708**

_____

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

JAMEL LAW,

          Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:10-cr-00477-CMH-2)

_____

Submitted:  March 23, 2021                Decided:  March 29, 2021

_____

Before THACKER, QUATTLEBAUM, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jamel C. Law, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamel Law appeals the district court's order denying his Fed. R. Crim. P. 35(a) motion. We have reviewed the record and find no reversible error. The district court granted Law the largest reduction possible pursuant to U.S. Sentencing Guidelines Manual § 1B1.10 (2018). *See also United States v. Muldrow*, 844 F.3d 434, 437-42 (4th Cir. 2016). Accordingly, we affirm for the reasons stated by the district court. *United States v. Law*, No. 1:10-CR-00477-CMH-2 (E.D. Va. filed Oct. 22, 2020 & entered Oct. 27, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*